UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 15-56741 |
| Chrystina Dooley, | : | Chapter 13 |
| Debtor(s). | : | Judge John E. Hoffman Jr. |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Faye D. English, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  November 1, 2016                /s/ Faye D. English
Faye D. English (#0075557)
Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215
614-420-2555 telephone
614-420-2550 facsimile
faye.english@ch13columbus.com

| Name and Address | Amount |
|---|---|
| Chrystina Dooley<br>1082 E. 16th Ave.<br>Columbus, OH 43211 | $890.00 |